# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19I0149.   CHARLES ALEXANDER PETERSON et al. v. CLEVELAND CALHOUN PETERSON et al.**

Charles Alexander Peterson and Hugh David Peterson ("the applicants") seek to appeal a superior court order that, among other things, granted summary judgment to the opposing parties on some of the applicants' claims. Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. See *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-828 (386 SE2d 884) (1989). Accordingly, the order in this case is subject to direct appeal. Moreover, all rulings within that order, as well as any prior non-final rulings that were not themselves directly appealable, may also be raised as part of such a direct appeal. See *Headrick v. Stonepark of Dunwoody Unit Owners Assn.*, 331 Ga. App. 772, 774-775 (1) (a) (771 SE2d 382) (2015); *Southeast Ceramics v. Klem*, 246 Ga. 294, 295 (1) (271 SE2d 199) (1980); see also OCGA § 5-6-34 (d).

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004). Here, however, the applicants contend that they have already filed a timely

notice of appeal in the superior court. Under these circumstances, this application is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __01/25/2019__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*